IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| IN RE | * |
| | *   Miscellaneous Case No. 12-MC-287 |
| DAVID M. KISSI LITIGATION | * |

## MEMORANDUM OPINION & ORDER

The following language from an Opinion of the United States Court of Appeals for the Third Circuit issued in October, 2009 captures the essence of why this Court will deny the latest request of David M. Kissi to vacate the Court's injunction currently in force against him:

> Kissi's complaint relates to the sale of several properties in Maryland. Those properties, and unrepaid loans that Kissi and his wife obtained to procure them, were the subject of a collection action in the District of Maryland. Because of his dilatory and vexatious conduct in that case and related cases which included the filing of related claims in various state and federal courts the District of Maryland issued a broad injunction prohibiting Kissi from filing any further actions or documents relating to the subject matter of the litigation in any other court.

*David Kissi v. Jim Gillespie*, Docket No. 09-1768 (October 8, 2009, p.2) (3d Cir. 2009)

This Court would add only a few observations of its own:

1) Kissi's dozens of vexatious lawsuits have been directed against numerous individuals as well as organizational entities, often against the same Defendants multiple times;

2) Both in his court papers and in out-of-court statements, Kissi has continuously maligned the individuals and organizations whom he has sued, including Judges of this Court and the U.S. Court of Appeals for the Fourth Circuit;

3) Kissi was sentenced to thirty (30) months plus one (1) day in prison for violating the terms of this Court's injunction, as part of a conviction on two (2) counts of bankruptcy fraud, three (3) counts of obstruction of justice, and two (2) counts of criminal contempt of Court;

4) Except for a few technical successes, Kissi has lost virtually every one of his lawsuits in both the trial courts and on appeal, where his pleadings having been consistently characterized as vexatious and harassing; and

5) Since the Third Circuit Opinion cited above, Kissi has filed a multiplicity of further lawsuits involving a multiplicity of Defendants.

## O R D E R

For all the reasons that underlay the Court's initial issuance of the injunction in this case and its subsequent refusal to set the injunction aside in June 2008, Kissi's latest request that the injunction be vacated or in any other respect reduced is DENIED.

*PER CURIAM*

For the Court

\_\_\_\_\_/s/_____
DEBORAH K. CHASANOW
Chief Judge

August  8  , 2012